PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JASON MOTT,<br><br>                Defendant. | CASE NO. 1:24-CR-00135-NODJ-BAM<br><br>STIPULATION AND ORDER TO CONTINUE BAIL REVIEW HEARING<br><br>DATE: August 19, 2024<br>TIME: 2:00 p.m. |

This case is set for a bail review hearing on August 19, 2024. The parties agree and stipulate to continue the bail review hearing until August 21, 2024 to accommodate the schedule of counsel.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for bail review hearing on August 19, 2024.

2. By this stipulation, defendant now moves to continue the detention hearing until **August 21, 2024, at 2:00 p.m** in order to accommodate the schedule of counsel.

3. This is the earliest date convenient to all parties.

4. No exclusion of time is necessary because time has previously been excluded through and including October 23, 2024.

STIPULATION AND ORDER TO CONTINUE            1

IT IS SO STIPULATED.

Dated: August 14, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: August 14, 2024

/s/ MARK COLEMAN
MARK COLEMAN
Counsel for Defendant
JASON MOTT

## ORDER

Having reviewed the parties' stipulation, the Court finds the following:

    a)    The defendant consents to continuance of the bail review hearing to accommodate the schedule of counsel.

    b)    No exclusion of time is required.

IT IS HEREBY ORDERED that the detention hearing scheduled for August 19, 2024 at 2:00 p.m. is continued to August 21, 2024 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 8/15/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. Magistrate Judge