PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON MOTT,<br><br>    Defendant. | Case No: 1:24-CR-00135-NODJ-BAM<br><br>**STIPULATION TO MODIFY TERMS & CONDITIONS OF RELEASE; AND ORDER** |

It is hereby stipulated by and between the parties, defendant Jason Mott through his attorney, Galatea DeLapp, and plaintiff United States of America, through Assistant U.S. Attorney Robert Veneman-Hughes, that the Pretrial Release Order be amended to authorize defendant to spend December 24, 2024, from 6:15 AM through December 25, 2024 with his family, which includes his registered domestic partner, Danah Faye Lirette, at his daughter's home, Adia Lynn Mott. The defendant would return to his residence no later than his 6:00 PM curfew. Adia Lynn Mott is the defendant's third-party custodian, however the court previously ordered that the defendant must reside with his son at another location. No codefendant or anyone charged in state or federal court will be at Adia Lynn Mott's house during the above stated time. After this time, all previously stated terms and

1

conditions will remain in effect as originally stated.

The defendant has successfully complied with all previously ordered conditions and is doing well in the Better Choices Program.

Pretrial Services has agreed to this stipulation.

IT IS SO STIPULATED.

Dated:  December 23, 2024                      PHILLIP A. TALBERT
                                                United States Attorney

                                           By:  /s/ Robert Veneman-Hughes
                                                Robert Veneman-Hughes
                                                Assistant United States Attorney

Dated: December 23, 2024                     By:  /s/ Galatea R. DeLapp
                                                Galatea R. DeLapp, Esq.
                                                Attorney for Defendant
                                                Jason Mott

### **ORDER**

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   **December 23, 2024**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE