**Galatea DeLapp, CA Bar #181581**
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Jason Mott

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00135-NODJ-BAM |
| Plaintiff, | **STIPULATION TO MODIFY TERMS & CONDITIONS OF RELEASE; ORDER** |
| v. | |
| JASON MOTT, | |
| Defendant. | |

It is hereby stipulated by and between the parties, defendant Jason Mott through his attorney, Galatea DeLapp, and plaintiff United States of America, through Assistant U.S. Attorney Robert Veneman-Hughes, that the Pretrial Release Order[1] be amended to authorize defendant to be away from his residence from 5:01 AM until 8:59 PM. His new curfew would be between 9:00 PM until 5:00 AM. The defendant has obtained employment with a major commute period. His Pretrial Services officer has confirmed that this revised curfew is necessary and reasonable.

The defendant has successfully complied with all previously ordered conditions and is doing

---

[1] The United States opposed release at the defendant's bail review hearing. Its agreement here to a reasonable modification of defendant's release conditions is not a concession at any future detention hearing to the appropriateness of the defendant's release.

1

well in the Better Choices Program.

     Pretrial Services has agreed to this stipulation.

IT IS SO STIPULATED.

Dated: January 24, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ Robert Veneman-Hughes
Robert Veneman-Hughes
Assistant United States Attorney

Dated: December 24, 2025

By: /s/ Galatea R. DeLapp
Galatea R. DeLapp, Esq.
Attorney for Defendant
Jason Mott

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated: **January 24, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2