**Galatea DeLapp, CA Bar #181581**
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Jason Mott

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00135-NODJ-BAM |
| Plaintiff, | **STIPULATION TO MODIFY TERMS & CONDITIONS OF RELEASE; AND ORDER** |
| v. | |
| JASON MOTT, | |
| Defendant. | |

It is hereby stipulated by and between the parties, defendant Jason Mott through his attorney, Galatea DeLapp, and plaintiff United States of America, through Assistant U.S. Attorney Robert Veneman-Hughes, that based on the recommendation of pretrial services, the defendant's conditions of pre-trial release be modified to allow him to reside at any residence approved by pretrial services[1].

Pretrial services has represented to the parties that (1) the defendant has obtained employment in Madera County, (2) the defendant is doing well in Better Choices court, and (3) the defendant has been in overall compliance since September 24, 2024. Because of this, they are recommending the above

---

[1] After objection by the government, the defendant was originally ordered not to reside with his wife. Because of the representations of pretrial about the defendant's compliance, the government is withdrawing that objection through this stipulation.

1

modification and have indicated they will approve defendant's residence at the home where his wife and daughters live in Chowchilla.

Pretrial Services has agreed to this stipulation.

IT IS SO STIPULATED.

Dated:  March 11, 2025                          MICHELE BECKWITH
                                                Acting United States Attorney

                                           By:  /s/ Robert Veneman-Hughes
                                                Robert Veneman-Hughes
                                                Assistant United States Attorney

Dated: March 11, 2025                      By:  /s/ Galatea R. DeLapp
                                                Galatea R. DeLapp, Esq.
                                                Attorney for Defendant
                                                Jason Mott

### **ORDER**

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   **March 11, 2025**                 /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

2