**FILED**
May 13, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Jason Mott | )<br>)<br>) Case No. 1:24-CR-00135-NODJ-BAM<br>)<br>) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jason Mott_____, have discussed with _____Lorena Gallagher_____, Pretrial Services Officer, modifications of my release conditions as follows:

**Remove the following condition of release:** (p) participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the pretrial services officer. **CURFEW:** You are restricted to your residence every day from 6:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations;

**Reason for modification:** Overall compliance with Pretrial Supervision.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   5-12-2025   _____   5-12-25
Signature of Defendant        Date        Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____        5/14/25
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        5-14-25
Signature of Defense Counsel   Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_____        5/12/2025
Signature of Third-Party Custodian   Date

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
**Defendants Name**
Page 2

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_____     May 12, 2025
Signature of Surety                           Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _5/15/25_

☐ The above modification of conditions of release is *not* ordered.

_____
United States Magistrate Judge

Dated: May 13, 2025