ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASON MOTT,<br>Defendants. | CASE NO. 1:24-CR-00135 JLT<br><br>STIPULATION TO SET CHANGE OF PLEA; ORDER THEROF |

Defendant Jason Mott has signed a change of plea, filed contemporaneously with this request. The parties request the trial of November 17, 2026 be vacated as to this defendant only, and the matter be set before Judge Thurston at 9:00 AM on October 5, 2026, for change of plea. No exclusion of time is needed as the matter has previously had time excluded through November 17, 2026.

Dated: September 23, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: September 23, 2026

By: /s/ Galatea DeLapp
GALATEA DELAPP
Attorney for Defendant
Jason Mott

ORDER

It is so ordered, that change of plea be set and trial dates vacated as set forth above.

IT IS SO ORDERED.

Dated: _September 24, 2026_

UNITED STATES DISTRICT JUDGE